**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **4:09–bk–32894–EWH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  JOAN A. TOBER
  fdba J. Tober PC
  5048 S. Civano Blvd
  TUCSON, AZ 85747

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4748

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                    BY THE COURT

Dated: 4/19/10                                      Eileen W. Hollowell
                                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-4            User: admin              Page 1 of 1                Date Rcvd: Apr 19, 2010
Case: 09-32894                  Form ID: b18             Total Noticed: 16

The following entities were noticed by first class mail on Apr 21, 2010.
db           +JOAN A. TOBER,    5048 S. Civano Blvd,    TUCSON, AZ 85747-5861
cr         +++COMPASS BANK (REAL ESTATE/OTHER) DEPARTMENT,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr           +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,    4375 Jutland Drive,    Suite 200,
               San Diego, CA 92117-3600
8753096      +Altfeld, Battaile & Goldman,    PO Box 191,    Tucson AZ 85702-0191
8753094      +BBVA Compass Home Equity,    PO Box 11925,    Birmingham AL 35202-1925
8949243       CDC REALTY/LEE RAYBURN,    C/O LEE RAYBURN,    10597 JOHN MCNAIR,    TUCSON AZ 85747-5918
8753095      +CDC Realty,    c/o Lee Rayburn,    10597 John McNair,    Tucson AZ 85747-5918
8806421      +CLERK OF THE COURT,    CONSOLIDATED COLLECTIONS UNIT,    110 W CONGRESS STREET,
               TUCSON AZ 85701-1334
8753097       GMAC Motrgage,    PO Box 4622,    Waterloo IA 50704-4622
8781556      +JOSEPHINE E PIRANIO,    PITE DUNCAN, LLP,    4375 JUTLAND DRIVE, STE 200,
               SAN DIEGO, CA 92117-3600
8753098      +Michael Miller, Esq.,    2830 N Swan Road #140,    Tucson AZ 85712-6301
8753093       Montana Verde/Bruce D Greenberg Inc,    3561 E 42nd Stravenue,    Tucson AZ  85713-5468
8753099      +Realty Executives Southern AZ,    6872 E Sunrise #150,    Tucson AZ 85750-0723
8753100      +University Medical Center,    PO Box 840334,    Dallas TX 75284-0334

The following entities were noticed by electronic transmission on Apr 19, 2010.
smg           EDI: AZDEPREV.COM Apr 19 2010 18:53:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
8928457      +EDI: AZDEPREV.COM Apr 19 2010 18:53:00      ARIZONA DEPARTMENT OF REVENUE,
               SPECIAL OPERATIONS UNIT,    1600 W. MONROE, 7TH FLOOR,    PHOENIX, AZ 85007-2612
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**          **Signature:** *Joseph Speetjens*